UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE PORTALE,<br><br>  Plaintiff,<br><br>  v.<br><br>CVS PHARMACY, INC., et al.,<br><br>  Defendants. | Case No. 19-cv-04096-SBA (JSC)<br><br>**ORDER RE DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. Nos. 24, 32 |

This action has been referred to the undersigned magistrate judge for resolution of discovery disputes.  Now pending before the Court is a joint discovery dispute letter regarding Defendants' discovery responses.  (Dkt. Nos. 24, 32.)  The letter was first filed on July 1, 2020.

Plaintiff's motion to compel is untimely.  The fact discovery cut off was March 31, 2020.  (Dkt. No. 22.)  Under Northern District of California Local Rule 37-3, any motion to compel had to be filed no more than "7 days after the fact discovery cut-off"; thus, the last day to file the motion to compel/joint discovery letter was April 7, 2020.  Indeed, the Pretrial Order itself warned that the "deadline to file motions to compel is governed by the Local Rules."  (Dkt. No. 22.)  Plaintiff's motion to compel letter was filed nearly three months after that deadline and thus must be denied.  *See Power Integrations, Inc. v. On Semiconductor Corp.*, No. 16-CV-06371-BLF(VKD), 2019 WL 2388604, at *3 (N.D. Cal. June 5, 2019).  Plaintiff offers no cause whatsoever, let alone good cause, for her delay.  If she needed more time to meet and confer with Defendants then she should have asked the Court for more time to bring the motion before, or even shortly after, the deadline expired.  But a three-month delay is wholly inexcusable.

This Order disposes of Docket Nos. 24, 32.

//

1    **IT IS SO ORDERED.**

2    Dated: August 13, 2020

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge